IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 12-80252 WHA

IN THE MATTER OF

Gregory Flahive – #190088

**ORDER OF SUSPENSION**

/

    Because Gregory Flahive has failed to respond to the order to show cause, Mr. Flahive's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED.**

Dated: November 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE